IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GREGORIO SEGURA-RESENDEZ #1736007 | § § § | CIVIL ACTION NO. 4:13 CV761 |
| v. | § § § § | CRIMINAL NO. 4:10CR259(1) |
| UNITED STATES OF AMERICA | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report recommends that Gregorio Segura-Resendez' Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 be denied and the case dismissed with prejudice. Segura-Resendez has filed no written objections.

Accordingly, it is **ORDERED** that Segura-Resendez' Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and the case is hereby **DISMISSED WITH PREJUDICE**.

Further, it is **ORDERED** that any motion not previously ruled on is **DENIED**.

**SIGNED this the 9th day of January, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

1